# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Christina Smith

**DEFENDANTS**

United States of America and Calvin Gordon

**(b)** County of Residence of First Listed Plaintiff    Peach County, Georgia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

David Dozier; Dozier Law Firm; 327 Third Street, Macon, Georgia 31201; 478-742-8441

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☒ 2 | U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 790 Other Labor Litigation | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 2671

Brief description of cause:
Motor vehicle accident where Defendant was operating a motor vehicle during course and scope of employment with United States Postal Service.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE  7/14/2021

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **CHRISTINA SMITH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action File** |
| **vs.** | : | |
| | : | **No. 5:21-CV-00237** |
| **UNITED STATES OF AMERICA** | : | |
| **and CALVIN GORDON,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**COMPLAINT FOR DAMAGES**

COMES NOW, the Plaintiff, and hereby files this, her Complaint for Damages, under the Federal Tort Claims Act, for personal injuries, by showing this Honorable Court as follows:

**Jurisdiction and Venue**

1.

This is an action for personal injuries, against the United States of America under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq*. Jurisdiction is appropriate in this Court pursuant to 28 U.S.C. § 1346(b)(1). Venue is appropriate in this Court pursuant to 28 U.S.C. § 1402(b).

1

2.

A claim was presented on behalf of the Plaintiff to the United States Postal Service, via Standard Form 95, within two (2) years of the date of the occurrence of the subject matter of this action. A final disposition of said claim was made on July 7, 2021, and Plaintiff now hereby files this lawsuit within six (6) months of the claim denial letter issued by the the United States Postal Service.

3.

Pursuant to Federal Rule of Civil Procedure 4(i), service of this lawsuit shall been effectuated by sending a copy of the summons and complaint, by certified mail, addressed to the Civil Process Clerk, at the office of the United States Attorney's Office, Richard B. Russell Federal Building, 75 Spring Street, S.W., Suite 600, Atlanta, GA 30303-3309 and by sending a copy of the summons and complaint by certified mail, return receipt requested, to the Attorney General of the United States, John Ashcroft at the U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

4.

Defendant, Calvin Gordon, is a resident of Georgia and is therefore subject to the jurisdiction and venue of this Court.   Defendant Gordon may be served with

process at his current residential address, to wit: 110 Oak Meadow Trail, Warner Robins, GA 31088.

## Facts

### 5.

On or about July 14, 2019, at approximately 9:58 a.m., Plaintiff, Christina Smith, was operating a motor vehicle traveling in the northbound direction on GA Highway 49 when Calvin Gordon, an employee of the United States Postal Service, acting within the course and scope of his employment, was attempting to enter GA Highway 49 from Deneen Drive.

### 6.

On or about July 14, 2019, at approximately 3:15 p.m., as Calvin Gordon was attempting to enter GA Highway 49 from Deneen Drive, he negligently entered into the path of travel of the vehicle driven by the Plaintiff Christina Smith.

## Negligence

### 7.

On said date, Christina Smith was operating her motor vehicle in a lawful and safe manner.

### 8.

On said date, Calvin Gordon operated his mail truck in such a manner as to

3

cause it to collide with the motor vehicle being operated by Christina Smith.

9.

The collision was caused by the negligence of Calvin Gordon, particularly in that he:

1.    Failed to keep a proper lookout;

2.    Failed to keep his automobile under proper control;

3.    Failed to yield to the Plaintiff's right of way;

4.    Failed to perform a proper and timely application of the brakes;

5.    Failed to steer his automobile so as to avoid colliding with Christina Smith's motor vehicle.

### Damages

10.

As a direct result of the collision, proximately caused by the negligence of Calvin Gordon, while acting within the course and scope of his employment with the United States Postal Service, Christina Smith has sustained serious injuries.

11.

As a direct result of the collision, proximately caused by the negligence of Calvin Gordon, while acting within the course and scope of his employment, and as

a direct result of the injuries suffered in said collision, Christina Smith, has incurred extensive medical expenses in excess of $72,020.40.

12.

As a direct result of the collision, proximately caused by the negligence of Calvin Gordon, while acting within the course and scope of his employment, Christina Smith has experienced physical pain and suffering.

13.

Each negligent act of Calvin Gordon, while acting within the course and scope of his employment,, or a combination thereof, was the direct and proximate cause of the collision and the physical injuries and damages suffered by Christina Smith.

**Prayer**

WHEREFORE, Plaintiff prays:

(a) That summons issue as required by law;

(b) That Plaintiff have a judgment against Defendants for all of Plaintiff's special damages incurred as a result of this accident;

(c) That Plaintiff have a judgment against Defendants for Plaintiff's general damages, including her bodily injury, pain, suffering, harms, and losses, in an amount to be determined by a fair and impartial jury;

(d) That all costs in this action be borne by Defendants; and

(e) That this Honorable Court provide any and all other and further

relief it deems necessary for the full administration of justice.

This 14th day of July, 2021.

/s/ David Dozier
David Dozier
Georgia Bar No. 228898
Attorney for Plaintiff

DOZIER LAW FIRM, LLC
327 Third Street
P.O. Box 13
Macon, Georgia 31202-0013
(478) 742-8441
david@dozierlaw.com

6

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia    ▼

| | |
|---|---|
| CHRISTINA SMITH | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )   Civil Action No. |
| UNITED STATES OF AMERICA and CALVIN GORDON | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David Dozier
327 Third Street
Macon, GA 31201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Middle District of Georgia  ☑

| | |
|---|---|
| CHRISTINA SMITH | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | )    Civil Action No. |
| UNITED STATES OF AMERICA and CALVIN GORDON | ) ) ) ) |
| _Defendant(s)_ | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   CALVIN GORDON

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David Dozier
327 Third Street
Macon, GA 31201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_